| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 3:01CR00062(AVC) |
| | DOCKET NUMBER *(Rec. Court)* |
| | 04cr30042 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Sol Roman<br>29 Eastern Drive<br>Chicopee, Massachusetts 01013 | CONNECTICUT | HARTFORD |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Alfred V. Covello | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/14/03 — TO 2/13/07 |

OFFENSE

Conspiracy to Possess with Intent to Distribute 100 Grams or More of Heroin, in violation of 21 U.S.C. § 846

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_8/16/04_                              _Alfred V. Covello_
Date                                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_8-31-04_                              _Michael A. Ponsor_
Effective Date                          United States District Judge